Emergency 2241 motion                              Date 12-13-23

Name Nickolas Smith

vs

Name I. Rule (warden)

FILED
12/21/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

2:23-cv-00580-MPB-MKK

I have been locked up since 11-05-21 for a 922G, and I have been earning time credit (etc) toward my release due to the First Step Act (FSA). I've been earning 10 days per-months, but have not been getting the applied towards my sentence at all. As of right now I've earned 170 days and counting. The warden have been denying the earned days towards my sentence from the (FSA) because I'm not a low or minimum, but in the (FSA) it doesn't state that you can't apply the (etc) days if you're not an low or minimum. It states "If you are a low or minimum recidivism you can earn 15 days every 30 days, and if you are an high or medium you can earn 10 days a month. I am just asking for this (etc) to be corrected because the warden says he's not going to grant it, because he says its violent. How can the warden go against the (FSA) law?

Nick Smith